IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRANDALL WALLACE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>J.M. ROMICH ENTERPRISES, INC.,<br><br>                    Defendant. | Civil Action No. 17-cv-06424 (CJS) |

**JOINT MOTION FOR APPROVAL OF THE SETLEMENT AGREEMENT**

Pursuant to the court's directives in <u>Cheeks v Freeport Pancake House, Inc</u>., 796 F.3d 199 (2nd Cir. 2015), <u>cert</u>. <u>denied</u>, 136 S.Ct. 824 (2016), Plaintiffs Crandall Wallace, Hector Dones, LaVante Brooks, and Erick Jones and Defendant J.M. Romich Enterprises Inc., respectfully submit their proposed settlement agreement to the court for review, and the parties now jointly move the court for approval of this agreement.  This proposed settlement agreement includes resolution of Plaintiffs' Fair Labor Standards Act (FLSA) claims against Defendant, and as set forth in <u>Cheeks</u>, the Second Circuit now requires the federal district court to review and approve the fairness of such FLSA settlements in order for the plaintiff's claims to be dismissed with prejudice.

A copy of the Plaintiffs' and Defendant's proposed settlement agreement is attached to the accompanying Memorandum in Support of the Joint Motion for Approval of the Settlement Agreement, which also includes the points and authorities in support of Plaintiffs' and Defendant's joint motion.

                          Respectfully submitted,

                       <u>/s/ Peter O'Brian Dellinger</u>
                       Peter O'Brian Dellinger
                       Empire Justice Center
                       1 West Main Street, Suite 200
                       Rochester, NY 14614
                       Telephone:  (585) 454-4060
                       pdellinger@empirejustice.org

                       Attorneys for Plaintiffs

Date: April 26, 2019

## CERTIFICATE OF SERVICE

      I, Peter O'Brian Dellinger, hereby certify that I sent a copy of Plaintiffs' and Defendant's the Joint Motion for Approval of the Settlement Agreement by the Federal Electronic Case Filing System to Katherine McClung, Esq., Bond Shoeneck & King, attorney for Defendant J.M. Romich Enterprises, Inc. 350 Linden Oaks, Third Floor, Rochester, NY 14625, on April 26, 2019.

      /s/ Peter O'Brian Dellinger
      Peter O'Brian Dellinger