UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CRANDALL WALLACE, individually
and on behalf of all others similarly
situated,

                                        Plaintiffs

                                                                ORDER

-vs-
                                                                17-CV-6424 CJS

J.M. ROMICH ENTERPRISES, INC.,
d/b/a Everdry Waterproofing of Upstate
New York and all other entities affiliated
with, controlling or controlled by J.M.
Romich Enterprises, Inc.,

                                        Defendants

_____

      The parties having filed a Joint Motion to Approve the Settlement Agreement (Docket No. [#29]) in this action brought pursuant to the Fair Labor Standards Act, and it appearing that the settlement agreement reached by the parties represents a fair and equitable resolution of this action,[1] it is hereby

      ORDERED, that the Joint Motion to Approve the Settlement Agreement [#29] is granted.  Plaintiff shall submit the proposed Order of Dismissal as indicated in the Settlement Agreement, § 2(d)(iii).

      SO ORDERED.

Dated:        Rochester, New York
               May 3, 2019

                                        ENTER:


                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge

_____

1 *See, Moton v. Maplebear Inc.*, No. 15 CIV. 8879 (CM), 2016 WL 616343, at *6 (S.D.N.Y. Feb. 9, 2016) (Observing that in *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d cir. 2015) the Second Circuit held that "that any settlement of [and FLSA] claim must be court-approved.")