UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

CRANDALL WALLACE,

                Plaintiff,

v.

J.M. ROMICH ENTERPRISES, INC.

                Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No.
17-cv-06424

---

WHEREAS, Plaintiffs Crandall Wallace, Hector Dones, LaVante Brooks, Keith Jones and Defendant J.M. Romich Enterprises, Inc. made a joint motion for approval of a settlement agreement to this Court on April 26, 2019;

WHEREAS, the Court approved the settlement agreement as fair and reasonable;

WHEREAS, the parties have executed the Agreement, as approved by this Court;

WHEREAS, no Party hereto is an infant or an incompetent person;

IT IS HEREBY ORDERED as follows:

Plaintiffs' claims against Defendant are hereby dismissed in their entirety with prejudice, in accordance with Federal Rules of Civil Procedure 41(a)(2). This dismissal is without costs, attorneys' fees, penalties, expenses or disbursements to any Party as against another, except to the extent that the settlement agreement expressly provides for the payment of such amounts.

Dated: ~~May 22, 2019~~ JUNE 3, 2019

EMPIRE JUSTICE CENTER

/s/ Peter O'Brian Dellinger
Peter O'Brian Dellinger, Esq.
1 West Main Street, Suite 200
Rochester, New York 14614
Telephone: 585-454-4060

*Attorneys for Plaintiff Crandall Wallace, Hector Dones,
LaVante Brooks and Eric Jones*

SO ORDERED.

Dated: JUNE 3, 2019

Charles J. Siragusa
United States District Judge